UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: KENNETH R PIERCE | CASE NO: 17-60154 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 12 |
| | ECF Docket Reference No. |
| | Judge: Coleman |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 4/11/2017, I did cause a copy of the following documents, described below,

Interim Order Approving Motion to Incur Debt and Order Appointing Attorney,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/11/2017

/s/ Kimberly S. Ward
Kimberly S. Ward  682042
H. Lehman Franklin P.C.
P.O. Box 1064
Statesboro, GA  30459
 (912) 764-9616
hlfpcbankruptcy@hotmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: KENNETH R PIERCE | CASE NO: 17-60154 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 12 |
| | ECF Docket Reference No. |
| | Judge: Coleman |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 4/11/2017, a copy of the following documents, described below,

Interim Order Approving Motion to Incur Debt and Order Appointing Attorney,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/11/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. Lehman Franklin P.C.
Kimberly S. Ward
P.O. Box 1064
Statesboro, GA  30459

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
   113J6
   CASE 17-60154-EJC
   SOUTHERN DISTRICT OF GEORGIA
   STATESBORO
   TUE APR 11 12-02-49 EDT 2017

2  AGSOUTH FARM CREDIT ACA
   PO BOX 160
   STATESBORO GA 30459-0160

3  BANK OF NEWINGTON
   P O BOX 68
   NEWINGTON GA 30446-0068

4  BODDIFORD FARM SERVICES
   PO BOX 1509
   SYLVANIA GA 30467-1509

5  CENLAR
   PO BOX 77404
   TRENTON NJ 08628-6404

6  CROP PRODUCTION SERVICES
   PO BOX 56
   BOYDTON VA 23917-0056

7  CROP PRODUCTION SERVICES INC
   114 W 12TH STREET SUITE C
   TIFTON GA 31794-6976

8  FARM BUREAU BANK FSB
   PO BOX 33427
   SAN ANTONIO TX 78265-3427

9  FARMERS  MERCHANTS BANK
   PO BOX 559
   SYLVANIA GA 30467-0559

10  FAYE PIERCE
    3129 BAY BRANCH ROAD
    SYLVANIA GA 30467-5999

11  FORD MOTOR CREDIT COMPANY
    P O BOX 62180
    COLORADO SPRINGS CO 80962-2180

12  H LEHMAN FRANKLIN JR
    H LEHMAN FRANKLIN PC
    P O BOX 1064
    STATESBORO GA 30459-1064

13  GRIFFINS WAREHOUSE
    PO BOX 838
    MILLEN GA 30442-0838

14  H LEHMAN FRANKLIN JR
    H LEHMAN FRANKLIN PC
    PO BOX 1064
    STATESBORO GA 30459-1064

15  HELENA CHEMICAL COMPANY
    225 SCHILLING BLVD SUITE 300
    COLLIERVILLE TN 38017-7177

16  INTERNAL REVENUE SERVICE
    PO BOX 7346
    PHILADELPHIA PA 19101-7346

17  JAMES C BRAGG
    340 BAY BRANCH ROAD
    SYLVANIA GA 30467

18  MEHERRIN AGRICULTURAL  CHEMICAL
    COMPANY
    413 MAIN STREET
    SEVERN NC 27877

19  MONSANTO COMPANY
    800 N LINDBERGH BLVD
    SAINT LOUIS MO 63167-0001

20  OFFICE OF THE U S TRUSTEE
    JOHNSON SQUARE BUSINESS CENTER
    2 EAST BRYAN STREET STE 725
    SAVANNAH GA 31401-2638

21  JAMES C OVERSTREET JR TRUSTEE
    KLOSINSKI OVERSTREET LLP
    1229 AUGUSTA WEST PARKWAY
    AUGUSTA GA 30909-1807

*DEBTOR*

22  KENNETH R PIERCE
    3129 BAY BRANCH ROAD
    SYLVANIA GA 30467-5999

23  MARGARET S PUCCINI
    BOUHAN FALLIGANT LLP
    P O BOX 2139
    SAVANNAH GA 31402-2139

24  R KENNY STONE PC
    ATTORNEY FOR BANK OF NEWINGTON
    P O BOX 681
    STATESBORO GA 30459-0681

25  RW GRIFFIN
    420 SOUTH PEARL STREET
    DOUGLAS GA 31533-4200

26  RUEBEN RAHN
    1023 UNION SPRING ROAD
    CLYO GA 31303-3836

27  SHEFFIELD FINANCIAL
    PO BOX 1847
    WILSON NC 27894-1847

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28  SHEFFIELD FINANCIAL LLC          29  R KENNY STONE                   30  KIMBERLY S WARD
 PO BOX 1704                          POST OFFICE BOX 681                 H LEHMAN FRANKLIN PC
 CLEMMONS NC 27012-1704               STATESBORO GA 30459-0681            P O BOX 1064
                                                                         STATESBORO GA 30459-1064
```